804

No. 148. TIDE WATER ASSOCIATED OIL CO. *v.* ROBISON, ON BEHALF OF LOCAL 445, OIL WORKERS INTERNATIONAL UNION. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *Day-Brite Lighting, Inc.* v. *Missouri,* 342 U. S. 421. MR. JUSTICE FRANKFURTER and MR. JUSTICE JACKSON are of the opinion that probable jurisdiction should be noted and the case set down for argument. *Marion B. Plant* for appellant. *Lindsay P. Walden* for appellee.

No. 166. ALL STATES FREIGHT, INC. *v.* UNITED STATES ET AL. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *H. Russell Bishop* and *Bingham W. Zellmer* for appellant. *Solicitor General Perlman* and *Edward M. Reidy* for the United States and the Interstate Commerce Commission; and *Carl Helmetag, Jr.* for the Central Territory Railroads, appellees.

No. 190. BROOKS TRANSPORTATION CO., INC. *v.* UNITED STATES ET AL. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *J. Ninian Beall* and *William M. Blackwell* for appellant. *Solicitor General Perlman* and *Edward M. Reidy* for the United States and the Interstate Commerce Commission; and *Wilmer A. Hill* for Falwell Fast Freight, Inc. et al., appellees.